**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHARON MCFADDEN,

    Plaintiff,

v.                                  CASE NO.: 8:20-cv-146-MSS-CPT

NATIONAL PRINCIPAL GROUP, LLC,

    Defendant.
_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff, Sharon McFadden, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby requests entry of an Order dismissing this matter without prejudice, each party to bear their own costs and attorneys' fees.

                                            */s/ Amanda J. Allen, Esquire*
                                            **Amanda J. Allen, Esquire**
                                            Florida Bar No.: 98228
                                            THE CONSUMER PROTECTION FIRM, PLLC
                                            4030 Henderson Blvd.
                                            Tampa, FL 33629
                                            Telephone: (813) 500-1500
                                            Facsimile: (813) 435-2369
                                            Amanda@TheConsumerProtectionFirm.com
                                            Bonnie@TheConsumerProtectionFirm.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on February 12, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                            */s/ Amanda J. Allen*
                                            Amanda J. Allen, Esquire
                                            Florida Bar No. 98228